Debbie Kaminer, Appellant, v Aaron Wexler et al., Respondents.

Submitted October 22, 2007; decided November 19, 2007

Reported below, 2007 NY Slip Op 76520(U).

Motion for leave to appeal dismissed upon the ground that

the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.